BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:96-MJ-02266 |
| Plaintiff, | ORDER |
| v. | |
| DANIEL ANGUIANO, | |
| Defendant. | |

The United States' motion to dismiss without prejudice the underlying complaint and recall the arrest warrant in the above referenced case, 96-MJ-02266 against defendant DANIEL ANGUIANO is GRANTED.

IT IS SO ORDERED.

Dated:  **July 16, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1